FILED
2008 Dec-23 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH T. SMITH, and REGENIA C. SMITH,** | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | 2:07-cv-1948-JHH |
| | ) | |
| **AFNI, INC., a corporation; and SYNDICATED OFFICE SYSTEMS, a corporation doing business as Central Financial Corporation,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

No party responding to this court's December 11, 2008 order (doc. #27) to show cause, it is **ORDERED, ADJUDGED and DECREED** that this action is now **DISMISSED WITH PREJUDICE**. The costs are taxed as paid.

**DONE** this the   23rd   day of December, 2008.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE